Sybil Tucker, administratrix of the estate of Harry G. Tucker, deceased, appellee, v. Carl Mueller and Harry B. McNeal, appellants. Gen. No. 24,168.

Action on note indorsed by defendants. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918. Rehearing denied October 14, 1918.

Landon & Holt, for appellants; John B. Fruchtl, of counsel. Church & McMurdy and Howard M. Harpel, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Myrtle Cleland, appellee, v. Frank Parmelee Company, appellant. Gen. No. 24,208.

Action to recover for loss of personal property while in defendant's possession for purpose of carriage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the March term, 1918. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed October 1, 1918. Rehearing denied October 14, 1918.

Homer K. Galpin, for appellant. Cleland, Lee & Phelps, for appellee; Lester E. Lee, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Chicago Title & Trust Company, v. Martha V. Cottle et al.

Martha V. Cottle, appellant, v. Jerome P. Bowes, N. C. Christensen and E. C. Lindquist, trading as Christensen Hardware Company, and Alexander Peterson, appellees. Gen. No. 24,231.

Interpleader to determine ownership of trust deed and notes held by complainant in escrow. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918.

Franklin Raber, for appellant. Litsinger, Healy & Reid, for appellees; James J. Finn, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Donald L. Morrill, appellee, v. Chicago Toy Piano Company, appellant. Gen. No. 24,279.

Action to recover possession of demised premises and for rent for holding over after expiration of term. Judgment for defendant on issue of possession and for plaintiff for use and occupation. Appeal from the Municipal Court of Chicago; the Hon. John Courtney, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918. Rehearing denied October 14, 1918.

Ernest J. Batten, for appellant. Morrill, Shannon & Triska, for appellee.

Mr. Justice McSurely delivered the opinion of the court.